IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| LAQUITA OLIVER and CHERELLE JACOB, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NAVY FEDERAL CREDIT UNION, <br><br> Defendant. | CASE NO. 1:23-cv-01731 <br><br> CLASS ACTION |
| KRISTOFFER HICKS and MASHEESHA HOPPER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NAVY FEDERAL CREDIT UNION and JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:23-cv-01798 <br><br> CLASS ACTION |

**PLAINTIFFS' NOTICE OF WAIVER OF ORAL ARGUMENT**

On December 29, 2023, Plaintiffs in *Oliver, et al., v. Navy Federal Credit Union,* Case No. 1:23-cv-01731 (the "*Oliver* Action") and *Hicks*, *et al., v. Navy Federal Credit Union, et al.,* Case No. 23-cv-1798 (the "*Hicks* Action") filed a Motion to Consolidate Actions and Appoint Interim Class Counsel (*Oliver* ECF No. 9) (the "Motion").

Defendant Navy Federal Credit Union has since informed Plaintiffs' counsel that it does not oppose consolidation and takes no position on the leadership application.

Accordingly, counsel for Plaintiffs hereby waive oral argument on the Motion.

Dated: January 10, 2024

*/s/ John P. Pierce*
John P. Pierce
**LILES PARKER PLLC**
2305 Calvert Street, NW
Washington, DC 20008
Telephone: 202-567-2050
jpierce@lilesparker.com

Adam J. Levitt
Daniel R. Schwartz
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
dschwartz@dicellolevitt.com

Diandra Debrosse Zimmermann
Eli Hare
**DICELLO LEVITT LLP**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com
ehare@dicellolevitt.com

Éviealle Dawkins
**DICELLO LEVITT LLP**
1101 17th Street NW, Suite 1000
Washington, DC 20036
Telephone: 202-975-2288
edawkins@dicellolevitt.com

Ben Crump
Sue-Ann Robinson

2

Chris O'Neal
Natalie Jackson
Nabeha Shaer
Desiree Austin-Holliday*
**BEN CRUMP LAW PLLC**
122 South Calhoun Street
Tallahassee, Florida 32301
Telephone: 850-224-2020
ben@bencrump.com
sueann@bencrump.com
chris@bencrump.com
natalie@bencrump.com
nabeha@bencrump.com
desiree@bencrump.com

*Counsel for Plaintiffs Oliver and Jacob and the Putative Classes*

/s/ Peter Silva
Peter Silva (State Bar No. 80935)
Glenn Chappell (State Bar No. 92153)
Hassan Zavareei (*pro hac vice* to be filed)
Andrea Gold (*pro hac vice* to be filed)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
psilva@tzlegal.com
gchappell@tzlegal.com
hzavareei@tzlegal.com
agold@tzlegal.com

Wesley M. Griffith (*pro hac vice* to be filed)
Cort Carlson (*pro hac vice* to be filed)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
wgriffith@tzlegal.com
carlson@tzlegal.com

*Counsel for Plaintiffs Hicks and Hopper and the Putative Classes*