IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LAQUITA OLIVER and CHERELLE JACOB, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. 23-cv-01731 (LMB) (WEF) |
| KRISTOFFER HICKS and MASHEESHA HOPPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NAVY FEDERAL CREDIT UNION and JOHN DOES 1-20,<br><br>Defendants. | Case No. 23-cv-01798 (LMB) (WEF) |

**DEFENDANT NAVY FEDERAL CREDIT UNION'S
RESPONSE TO PLAINTIFFS' MOTION TO CONSOLIDATE
ACTIONS AND APPOINT INTERIM CLASS COUNSEL**

Navy Federal Credit Union ("Navy Federal") submits this response to Plaintiffs' Motion to Consolidate *Oliver et al., v. Navy Federal Credit Union,* 23-cv-01731 ("*Oliver* Action") and *Hicks et al., v. Navy Federal Credit Union, et al.,* 23-cv-01798 ("*Hicks* Action"), and appointment of Adam J. Levitt of DiCello Levitt LLP, Ben Crump of Ben Crump Law PLLC, and Hassan Zavareei of Tycko & Zavareei LLP as interim class counsel on behalf of the putative class. *See* Motion 1, *Oliver et al. v. Navy Federal Credit Union*, No. 1:23-cv-01731-LMB-WEF (E.D. Va. December 29, 2023), ECF No. 9.

1

Navy Federal does not oppose consolidation of the *Oliver* and *Hicks* Actions and takes no position on the appointment of interim class counsel.

Navy Federal joins Plaintiffs' request that all response deadlines in the *Oliver* and *Hicks* Actions be held in abeyance pending the resolution of the Motion, and that Navy Federal's response deadline be extended until 30 days after the filing of a consolidated complaint, except as noted below. Mem. Supp. Mot. 1, *Oliver et al. v. Navy Federal Credit Union*, No. 1:23-cv-01731-LMB-WEF (E.D. Va. December 29, 2023), ECF No. 10 at 11, fn. 4. The parties have conferred and agreed that to the extent that 30 days after the filing of the consolidated complaint is earlier than March 4, 2024 (the current response deadline in the *Hicks* action), the response deadline should be set for March 4, 2024.

Dated: January 12, 2024                                Respectfully submitted,

/s/ Michaela Wilkes Klein
Ronald C. Machen (*pro hac vice pending*)
Jonathan E. Paikin (*pro hac vice pending*)
Karin Dryhurst (*pro hac vice pending*)
Michaela Wilkes Klein (VA Bar No. 89675)
Andre Manuel (*pro hac vice pending*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6703
Facsimile: (202) 663-6363
jonathan.paikin@wilmerhale.com
ronald.machen@wilmerhale.com
karin.dryhurst@wilmerhale.com
michaela.wilkesklein@wilmerhale.com
andre.manuel@wilmerhale.com

Thais R. Ridgeway (*pro hac vice pending*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, NY 10007
thais.ridgeway@wilmerhale.com

*Counsel for Defendant Navy Federal Credit Union*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated: January 12, 2024

Respectfully Submitted,

/s/ Michaela Wilkes Klein

Michaela Wilkes Klein (VA Bar No. 89675)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
michaela.wilkesklein@wilmerhale.com