IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| LAQUITA OLIVER and CHERELLE JACOB, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. 1:23-cv-01731<br><br>CLASS ACTION |
| KRISTOFFER HICKS and MASHEESHA HOPPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION and JOHN DOES 1-20,<br><br>Defendants. | CASE NO. 1:23-cv-01798<br><br>CLASS ACTION |

**NOTICE OF ADDITIONAL RELATED ACTION FOR CONSOLIDATION**

On December 29, 2023, Plaintiffs in *Oliver et al. v. Navy Federal Credit Union,* Case No. 1:23-cv-01731 ("*Oliver* Action") and *Hicks, et al., v. Navy Federal Credit Union, et al.,* Case No. 23-cv-1798 (the "*Hicks* Action") jointly filed a Motion to Consolidate Actions and to Appoint Adam J. Levitt of DiCello Levitt LLP, Ben Crump of Ben Crump Law PLLC, and Hassan Zavareei of Tycko & Zavareei LLP as Interim Class Counsel. *Oliver* ECF Nos. 9, 10; *Hicks* ECF No. 5.

The *Oliver* and *Hicks* Actions are both putative class actions challenging Navy Federal Credit Union's discriminatory mortgage lending practices. *See Oliver* ECF No. 1; *Hicks* ECF No. 1.

On January 10, 2024, an additional putative class action, *Robinson et al. vs. Navy Federal Credit Union,* Case No. 1:24-cv-00049 ("*Robinson* Action"), was filed in this district that also challenges Navy Federal's discriminatory mortgage lending practices. *See Robinson* ECF No. 1. Given the substantial overlap between the factual allegations and legal theories in the *Oliver, Hicks* and *Robinson* Actions, for the reasons set forth in the existing Motion to Consolidate (*Oliver* ECF Nos. 9, 10; *Hicks* ECF No. 5), Plaintiffs in the *Oliver* and *Hicks* Actions respectfully request that the *Robinson* Action also be consolidated.

Plaintiffs in the *Oliver* and *Hicks* Actions have met and conferred with Plaintiffs in the *Robinson* Action and understand that the *Robinson* Plaintiffs will be filing an unopposed motion seeking consolidating of the *Robinson* Action with the *Oliver* and *Hicks* Actions and also support the appointment on Adam J. Levitt of DiCello Levitt LLP, Ben Crump of Ben Crump Law PLLC, and Hassan Zavareei of Tycko & Zavareei LLP as interim class counsel.

Dated:  January 17, 2024

                                        SIGNAURE BLOCK HERE

                                        /s/ John P. Pierce
John P. Pierce (VA Bar No. 43404)
**LILES PARKER PLLC**
2305 Calvert Street, NW
Washington, DC 20008
Telephone: 202-567-2050
jpierce@lilesparker.com

Adam J. Levitt (admitted *pro hac vice*)
Daniel R. Schwartz (admitted *pro hac vice*)
**DICELLO LEVITT LLP**

Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
dschwartz@dicellolevitt.com

Diandra Debrosse Zimmermann (admitted *pro hac vice*)
Eli Hare (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com
ehare@dicellolevitt.com

Éviealle Dawkins (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
1101 17th Street NW, Suite 1000
Washington, DC 20036
Telephone: 202-975-2288
edawkins@dicellolevitt.com

Ben Crump (*pro hac vice* to be filed)
Sue-Ann Robinson (*pro hac vice* to be filed)
Chris O'Neal (*pro hac vice* to be filed)
Natalie Jackson (*pro hac vice* to be filed)
Nabeha Shaer (*pro hac vice* to be filed)
Desiree Austin-Holliday (*pro hac vice* to be filed)
**BEN CRUMP LAW PLLC**
122 South Calhoun Street
Tallahassee, Florida 32301
Telephone: 850-224-2020
ben@bencrump.com
sueann@bencrump.com
chris@bencrump.com
natalie@bencrump.com
nabeha@bencrump.com
desiree@bencrump.com

*Counsel for Plaintiffs Oliver and Jacob and the Putative Classes*

 /s/ Peter Silva
Peter Silva (State Bar No. 80935)

Glenn Chappell (State Bar No. 92153)
Hassan Zavareei (admitted *pro hac vice*)
Andrea Gold (admitted *pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
psilva@tzlegal.com
gchappell@tzlegal.com
hzavareei@tzlegal.com
agold@tzlegal.com

Wesley M. Griffith (admitted *pro hac vice*)
Cort Carlson (admitted *pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
wgriffith@tzlegal.com
carlson@tzlegal.com

*Counsel for Plaintiffs Hicks and Hopper and the Putative Classes*

3