IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LAQUITA OLIVER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>    Defendant. | 1:23-cv-1731 (LMB/WEF) |
| KRISTOFFER HICKS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>    Defendant. | 1:23-cv-1798 (LMB/WEF) |
| ANDRE ROBINSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>    Defendant. | 1:24-cv-49 (LMB/WEF) |

## ORDER

Before the Court are plaintiffs' unopposed Motions to Consolidate Oliver, et al. v. Navy Federal Credit Union, Case No. 1:23-cv-1731 ("Oliver Action"), Hicks, et al. v. Navy Federal Credit Union, Case No. 1:23-cv-1798 ("Hicks Action"), and Robinson, et al. v. Navy Federal Credit Union, Case No. 1:24-cv-49 ("Robinson Action") pursuant to Fed. R. Civ. P. 42, and to Appoint Interim Class Counsel pursuant to Fed. R. Civ. P. 23(g) ("Motions"). For good cause

shown, plaintiffs' Motions to consolidate the Oliver, Hicks, and Robinson Actions and to appoint interim class counsel are GRANTED.  Case No. 1:23-cv-1731, [Dkt. No. 9]; Case No. 1:24-cv-49, [Dkt. No. 10].

Pursuant to Fed. R. Civ. P. 23(g)(3), the Court appoints the following lawyers as Interim Co-Lead Class Counsel on behalf of the putative classes in this matter: Adam J. Levitt of DiCello Levitt LLP, Ben Crump of Ben Crump Law PLLC, and Hassan Zavareei of Tyco & Zavareei LLP.  Interim Co-Lead Counsel shall assume responsibility for the following duties:

1) Directing, coordinating, and supervising prosecution of plaintiffs' and the other Class members' claims, including the drafting and filing of any amended class action complaint, the briefing of any motion to dismiss by defendant, as well as any class certification motion, and any matters pertaining thereto;

2) Determining, in consultation with other counsel, and presenting plaintiffs' position in the litigation on all matters, substantive and procedural, arising from these proceedings;

3) Initiating and conducting discovery, including, without limitation, coordinating discovery with defendant's counsel, preparing written interrogatories, requests for production of documents, and requests for admission;

4) Directing and coordinating the examination of witnesses in depositions;

5) Retaining, coordinating the selection of, and preparing experts;

6) Communicating with the Court and defendant's counsel;

7) Entering into stipulations with defendant's counsel, as necessary;

8) Conducting any trial(s) in this litigation;

9) Keeping other plaintiffs' counsel in the litigation apprised of the progress of the litigation and consulting them about decisions significantly affecting their clients;

10) Maintaining an up-to-date, comprehensive service list of plaintiffs and promptly advising the Court and defendant's counsel of changes to plaintiffs' service list;

11) Receiving and distributing to plaintiffs' counsel, as appropriate, orders, notices, and correspondence from the Court to the extent such documents are not electronically filed;

12) Monitoring the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

13) Evaluating work assigned to plaintiffs' counsel in this litigation and distributing any fees awarded to all such counsel in amounts that reflect their relative contributions to the litigation; and

14) Performing such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

Any discussion of a settlement of this litigation shall be conducted by Interim Co-Lead Class Counsel, with Court approval, and any other counsel that Interim Co-Lead Class Counsel may designate. No motion shall be initiated or filed on behalf of any plaintiff in this action except through Interim Co-Lead Class Counsel. Service of pleadings and other papers by defendant shall be made upon Interim Co-Lead Class Counsel for this action, who are authorized

and directed to accept service on behalf of plaintiffs in this action and any later action(s) that may be consolidated with this action.

Accordingly, it is hereby

ORDERED that the Clerk close civil actions 1:23-cv-1798 (<u>Hicks</u> Action) and 1:24-cv-49 (<u>Robinson</u> Action) and transfer all documents already docketed in those related actions into the consolidated action as Case No. 1:23-cv-1731-LMB-WEF (<u>Oliver</u> Action); and it is further

ORDERED that plaintiffs in the consolidated action file an operative consolidated class action complaint within thirty (30) days of the date of this Order; and it is further

ORDERED that defendant file a response to the consolidated class action complaint within thirty (30) days of its filing; defendant need not respond to any of the initial complaints filed in the related actions.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18 day of January, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge