IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LAQUITA OLIVER, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NAVY FEDERAL CREDIT UNION, <br><br> Defendant. | Civ. No. 23-cv-01731 |

**JOINT MOTION FOR ENTRY OF AN ORDER
SCHEDULING A RULE 16 PRETRIAL CONFERENCE**

Plaintiffs and Defendant Navy Federal Credit Union ("Navy Federal"), through their undersigned counsel, hereby respectfully request the Court schedule a pretrial conference pursuant to Fed. R. Civ. P. 16 in this matter for April 25, 2024, or as soon thereafter as is convenient for the Court.

On December 29, 2023, Plaintiffs moved to consolidate *Oliver, et al. v. Navy Federal Credit Union*, 23-cv-01731 and *Hicks, et al. v. Navy Federal Credit Union, et al.*, 23-cv-01798 matters (the "Motion"). ECF. No. 9. Navy Federal did not oppose the Motion. ECF. No. 21. On January 10, 2024, a complaint was filed in *Robinson, et al. v. Navy Federal Credit Union*, 24-cv-00049. On January 17, 2024, Plaintiffs requested that *Robinson* also be consolidated, without opposition from Navy Federal. ECF. No. 31. On January 18, 2024, the Court granted the Motion and consolidated all three cases, directing Plaintiffs to file a consolidated complaint "within thirty (30) days of [January 18, 2024],"

1

and the responsive pleading to be filed "within thirty (30) days" of the date the consolidated complaint is filed. ECF. No. 32.

Pursuant to Federal Rule 26, the Rule 26(f) conference among the undersigned counsel must occur 21 days prior to the Rule 16 pretrial conference. The parties agree that the Rule 26(f) conference and any discovery would be most productive after Navy Federal has had an opportunity to review Plaintiffs' consolidated complaint, and Plaintiffs have an opportunity to review Navy Federal's initial responsive pleading.

In light of the current deadline for the filing of the consolidated complaint, the parties jointly request the Court to schedule a Rule 16 pretrial conference on April 25, 2024, or on a date as soon thereafter as is convenient for the Court, which will permit the parties to conduct a Rule 26(f) conference on or before April 4, 2024, with the report due to the Court on or before April 11, 2024.

Dated: February 20, 2024                              Respectfully submitted,

<u>/s/ Michaela Wilkes Klein</u>
Ronald C. Machen (*pro hac vice*)
Jonathan E. Paikin (*pro hac vice*)
Karin Dryhurst (*pro hac vice*)
Michaela Wilkes Klein (VA Bar No. 89675)
Andre Manuel (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202-663-6703
Facsimile: 202-663-6363
jonathan.paikin@wilmerhale.com
ronald.machen@wilmerhale.com
karin.dryhurst@wilmerhale.com

<u>/s/ Hassan Zavareei</u>
Hassan Zavareei (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave., NW, Suite 1010
Washington, DC 20006
Telephone: 202-973-0900
Facsimile: 202-973-0950
hzavareei@tzlegal.com

Adam J. Levitt  (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone:  312-214 7900
alevitt@dicellolevitt.com

michaela.wilkesklein@wilmerhale.com
andre.manuel@wilmerhale.com

Thais R. Ridgeway (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center, 250 Greenwich Street
New York, New York 10007
Telephone: 212-295-6615
thais.ridgeway@wilmerhale.com

*Counsel for Defendant Navy Federal Credit Union*

Ben Crump (*pro hac vice*)
**BEN CRUMP LAW PLLC**
122 South Calhoun Street
Tallahassee, Florida 32301
Telephone:  850-224-2020
ben@bencrump.com

*Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class*

Andrea Gold *(pro hac vice)*
Peter Silva (State Bar No. 80935)
Glenn Chappell (State Bar No. 92153)
Shana Khader (*pro hac vice forthcoming*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave., NW, Suite 1010
Washington, DC 20006
Telephone: 202-973-0900
Facsimile: 202-973-0950
agold@tzlegal.com
psilva@tzlegal.com
gchappell@tzlegal.com
skhader@tzlegal.com

Wesley M. Griffith *(pro hac vice)*
Cort Carlson (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: 510-254-6808
Facsimile: 202-973-0950
wgriffith@tzlegal.com
carlson@tzlegal.com

Daniel R. Schwartz (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone:  312-214 7900
dschwartz@dicellolevitt.com

Diandra Debrosse Zimmermann (*pro hac vice*)
Eli Hare (*pro hac vice*)
**DICELLO LEVITT LLP**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com
ehare@dicellolevitt.com

Éviealle Dawkins (*pro hac vice*)
**DICELLO LEVITT LLP**
1101 17th Street NW, Suite 1000
Washington, DC  20036
Telephone:  202-975-2288
edawkins@dicellolevitt.com

Sue-Ann Robinson (*pro hac vice*)
Chris O'Neal
Natalie Jackson
Nabeha Shaer
Desiree Austin-Holliday*
**BEN CRUMP LAW PLLC**
122 South Calhoun Street
Tallahassee, Florida 32301
Telephone:  850-224-2020
ben@bencrump.com
sueann@bencrump.com
chris@bencrump.com
natalie@bencrump.com
nabeha@bencrump.com
desiree@bencrump.com

Daniel K. Bryson*
Scott Harris (*pro hac vice*)
Michael Dunn (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 West Morgan Street
Raleigh, North Carolina 27603
Telephone: 919-600-5000
dbryson@milberg.com
sharris@milberg.com

michael.dunn@milberg.com

Glen L. Abramson (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: 866-252-0878
gabramson@milberg.com

John P. Pierce
**LILES PARKER PLLC**
2305 Calvert Street, NW
Washington, DC 20008
Telephone: 202-567-2050
jpierce@lilesparker.com

Jonathan M. Petty, VSB No. 43100
Christopher P. Yakubisin, VSB No. 91186
**PHELAN PETTY PLC**
3315 West Broad Street
Richmond, Virginia 23230
Telephone: 804-980-7100
jpetty@phelanpetty.com

*Additional Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated: February 20, 2024          Respectfully submitted,

                                                   /s/ Michaela Wilkes Klein
                                                   Michaela Klein (VA Bar No. 89675)
                                                   **WILMER CUTLER PICKERING**
                                                      **HALE AND DORR LLP**
                                                   2100 Pennsylvania Avenue NW
                                                   Washington, DC 20037
                                                   Telephone: 202-663-6703
                                                   Facsimile: 202-663-6363
                                                   michaela.wilkesklien@wilmerhale.com