IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LAQUITA OLIVER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-1731 (LMB/WEF) |
| ) | |
| NAVY FEDERAL CREDIT UNION, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is the parties' Joint Motion for Entry of an Order Scheduling a Rule 16 Pretrial Conference. [Dkt. No. 55] ("Joint Motion"). Having considered the parties' request, and for good cause shown, the Joint Motion, [Dkt. No. 55], is GRANTED IN PART, and it is hereby

ORDERED that the Clerk schedule a pretrial conference pursuant to Fed. R. Civ. P. 16 in this civil action for <u>Wednesday, April 24, 2024 at 11:00 a.m.</u> before the assigned magistrate judge. The Court will enter a scheduling order at a future date.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 21st day of February, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge