IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LAQUITA OLIVER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:23-cv-1731 (LMB/WEF) |
| | ) |
| NAVY FEDERAL CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant Navy Federal Credit Union's Motion to Dismiss, [Dkt. No. 68], is GRANTED IN PART and DENIED IN PART. Accordingly, it is hereby

ORDERED that the disparate treatment theory contained in Counts I and II of the Consolidated Class Action Complaint ("Complaint") be and is DISMISSED, leaving Counts I and II to proceed under only a disparate impact theory; and it is further

ORDERED that Counts III, V, VI, and VII of the Complaint be and are DISMISSED in their entirety; and it is further

ORDERED that the putative class allegations and definition in the Complaint be and are STRICKEN. The nine named plaintiffs may continue to proceed in this civil action under Case No. 1:23-cv-1731 (LMB/WEF), or they may elect to proceed individually in separate civil actions; and it is further

ORDERED that plaintiffs' request for leave to amend be and is GRANTED IN PART, such that within fourteen (14) days plaintiffs file an amended complaint only as to the claims that are permitted to proceed according to this Order and Memorandum Opinion; and it is further

ORDERED that within twenty-one (21) days from the filing of plaintiffs' amended complaint defendant file an answer or other responsive pleading.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 30th day of May, 2024.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

2