FILED: June 5, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1262
(1:23-cv-01731-LMB-WEF)

———————————

MELVIN EUGENE GIBBS

    Appellant

v.

NAVY FEDERAL CREDIT UNION

    Defendant - Appellee

v.

LAQUITA OLIVER; CHERELLE JACOB; ANDRE ROBINSON; ELISE SIMONE WILLIAMS; KRISTOFFER HICKS; MASHEEHA HOPPER; MARIE PEREDA; JOHN JACKSON; DENNIS WALKER; CARL CARR; BOB OTONDI; CHRISTINA HILL; CHARLES GARDNER; CONSTANTINA BATCHELOR

    Plaintiffs - Appellees

———————————

O R D E R

———————————

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk