IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| LAQUITA OLIVER, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>　　　　　Defendants. | Civ. No. 23-cv-01731<br><br>**Hearing Waived** |

**PLAINTIFFS' MOTION TO EXTEND DEADLINE
TO FILE AMENDED COMPLAINT**

　　Plaintiffs Bob Otondi, Dennis Walker, Charles Gardner, Marie Pereda, Laquita Oliver, John Jackson, Carl Carr, Constantina Batchelor, and Christina Hill ("Plaintiffs"), by counsel, request that this Court extend the deadline to file Plaintiffs' Amended Complaint from June 13, 2024, to July 8, 2024. In support of their Motion, Plaintiffs state:

　　1.　　On May 30, 2024, the Court issued an Order granting in part and denying in part Defendant Navy Federal Credit Union's ("Navy Federal" or "Defendant") Motion to Dismiss. (ECF No. 92). The Order granted Plaintiffs leave to amend the complaint in line with the Order within 14 days of the Order, or by June 13, 2024. *Id.*

　　2.　　The Order also struck Plaintiffs' class allegations and provided that "the nine plaintiffs will be permitted to proceed individually in this civil action under Case No. 1:23-cv-1731 (LMB/WEF), or they may elect to proceed individually in separate civil actions." (ECF No. 92 at 23).

　　3.　　Plaintiffs' Counsel are discussing with each of the nine Plaintiffs whether they wish to pursue the action collectively in this action or individually in separate civil actions (or a

1

combination of the two, with some Plaintiffs proceeding jointly and others individually). Plaintiffs have not yet completed these discussions with the nine Plaintiffs.

4. In addition, several of Plaintiffs' counsel are currently traveling and will be out of the country for the next one to two weeks.

5. As a result, on June 5, 2024, Plaintiffs' Counsel met and conferred with counsel for Navy Federal via telephone and email seeking Defendant's consent to a 25-day extension of the deadline to file the amended complaint until July 8, 2024.

6. On June 5, 2024, counsel for Defendant declined to consent to Plaintiffs three-week extension. Instead, counsel for Navy Federal stated: "Defendant does not oppose a one-week extension on the time to file an amended complaint, until June 20, 2024, provided Defendant receives an additional week for the response to the amended complaint, making Defendant's response due on July 18, 2024. Defendant takes no position on Plaintiffs' request for a lengthier extension."

7. Plaintiffs believe there is good cause to support the requested three-week extension. A scheduling order has not yet been entered in this case, and the brief extension sought in this Motion will not impact any other case deadlines.

8. In addition, while Plaintiffs' counsel are working diligently to coordinate with each of the nine Plaintiffs to determine whether, in accordance with the Court's May 30th Order, each Plaintiff wishes to proceed jointly or individually, they have not completed those discussions and require more time to do so and then make the necessary changes to the one or more resulting amended complaints to comply with the Court's Order.

9. Finally, as noted, several of Plaintiffs' counsel are traveling out of the country, making communications with each of the nine Plaintiffs harder to coordinate.

10. This extension is not sought for purposes of delay or any other improper purpose and will not cause any undue delay or prejudice to any Party. A Proposed Order granting this Motion is attached.

**WHEREFORE:**

1. Plaintiffs respectfully request that the deadline for Plaintiffs to file one or more amended complaints in accordance with the Court's May 30, 2024 Order (ECF No. 92) be extended from June 13, 2024, to July 8, 2024.

2. Plaintiffs further request that Navy Federal's deadline to respond to each amended complaint filed on July 8, 2024, be extended until August 5, 2024

3. Plaintiff waives any hearing on this Motion to Extend Deadline to File Plaintiffs' Amended Complaint.

Dated: June 7, 2024                                    Respectfully submitted:

/s/ *F. Peter Silva II*[1]
F. Peter Silva, II (State Bar No. 80935)          Adam J. Levitt (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**                           **DICELLO LEVITT LLP**
2000 Pennsylvania Ave., NW, Suite 1010             Ten North Dearborn Street, Sixth Floor
Washington, District of Columbia 20006             Chicago, Illinois 60602
Telephone: 202-973-0900                            Telephone:  312-214 7900
Facsimile: 202-973-0950                            alevitt@dicellolevitt.com
psilva@tzlegal.com

---

[1] Attorney Silva has not been appointed Interim Co-Lead Class Counsel for Plaintiffs and Proposed Class, but is Additional Counsel for Plaintiffs and the Proposed Class. His signature appears here as the filing user in compliance with Chapter 3 of the E-Filing Policies and Procedures Manual for the United States District Court for the Eastern District of Virginia.

3

Ben Crump (*pro hac vice*)  
**BEN CRUMP LAW PLLC**  
122 South Calhoun Street  
Tallahassee, Florida 32301  
Telephone: 850-224-2020  
ben@bencrump.com

Hassan Zavareei (*pro hac vice*)  
**TYCKO & ZAVAREEI LLP**  
2000 Pennsylvania Ave., NW, Suite 1010  
Washington, District of Columbia 20006  
Telephone: 202-973-0900  
Facsimile: 202-973-0950  
hzavareei@tzlegal.com

**Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class**

Daniel R. Schwartz (*pro hac vice*)  
**DICELLO LEVITT LLP**  
Ten North Dearborn Street, Sixth Floor  
Chicago, Illinois 60602  
Telephone: 312-214 7900  
dschwartz@dicellolevitt.com

Diandra Debrosse Zimmermann (*pro hac vice*)  
Eli Hare (*pro hac vice*)  
**DICELLO LEVITT LLP**  
505 20th Street North, 15th Floor  
Birmingham, Alabama 35203  
Telephone: 205-855-5700  
fu@dicellolevitt.com  
ehare@dicellolevitt.com

Éviealle Dawkins (*pro hac vice*)  
**DICELLO LEVITT LLP**  
1101 17th Street NW, Suite 1000  
Washington, DC 20036  
Telephone: 202-975-2288  
edawkins@dicellolevitt.com

Sue-Ann Robinson (*pro hac vice*)  
**BEN CRUMP LAW PLLC**  
122 South Calhoun Street  
Tallahassee, Florida 32301  
Telephone: 850-224-2020  
sueann@bencrump.com

Andrea Gold (*pro hac vice*)  
Glenn Chappell (State Bar No. 92153)  
Shana Khader (*pro hac vice*)  
**TYCKO & ZAVAREEI LLP**  
2000 Pennsylvania Ave., NW, Suite 1010  
Washington, DC 20006  
Telephone: 202-973-0900  
Facsimile: 202-973-0950  
agold@tzlegal.com  
gchappell@tzlegal.com  
skhader@tzlegal.com

Wesley M. Griffith (*pro hac vice*)  
Cort Carlson (*pro hac vice*)  
**TYCKO & ZAVAREEI LLP**  
1970 Broadway, Suite 1070  
Oakland, California 94612  
Telephone: 510-254-6808  
Facsimile: 202-973-0950  
wgriffith@tzlegal.com  
carlson@tzlegal.com

Scott Harris (*pro hac vice*)  
Michael Dunn (*pro hac vice*)  
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**  
900 West Morgan Street

Glen L. Abramson (*pro hac vice*)  
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**  
800 South Gay Street, Suite 1100  
Knoxville, Tennessee 37929

Raleigh, North Carolina 27603
Telephone: 919-600-5000
dbryson@milberg.com
sharris@milberg.com
michael.dunn@milberg.com

Telephone:  866-252-0878
gabramson@milberg.com

John P. Pierce (State Bar No. 43404)
**LILES PARKER PLLC**
2305 Calvert Street, NW
Washington, DC  20008
Telephone:  202-567-2050
jpierce@lilesparker.com

Jonathan M. Petty, (State Bar No. 43100)
Christopher P. Yakubisin, (State Bar No. 91186)
**PHELAN PETTY PLC**
3315 West Broad Street
Richmond, Virginia 23230
Telephone:  804-980-7100
jpetty@phelanpetty.com

**Additional Counsel for Plaintiffs and the Proposed Class**

5

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024 I caused the foregoing to be filed electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

*/s/ Peter Silva*
Peter Silva (State Bar No. 80935)

*Counsel for Plaintiffs and the Putative Class*
