FILED: July 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-188
(1:23-cv-01731-LMB-WEF)

LAQUITA OLIVER; CHERELLE JACOB; ANDRE ROBINSON; ELISE SIMONE WILLIAMS; MASHEEHA HOPPER; MARIE PEREDA; KRISTOFFER HICKS; DENNIS WALKER; CARL CARR; JOHN JACKSON; CHRISTINA HILL; CHARLES GARDNER; BOB OTONDI; CONSTANTINA BATCHELOR

Petitioners

v.

NAVY FEDERAL CREDIT UNION

Respondent

------------------------------

CONNECTICUT FAIR HOUSING CENTER; IMPACT FUND; NATIONAL ASSOCIATION OF CONSUMER ADVOCATES; NATIONAL CONSUMER LAW CENTER; PUBLIC JUSTICE

Amici Supporting Petitioners

O R D E R

Upon consideration of submissions relative to the petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f), the court grants the petition. This case is transferred to the regular docket and assigned docket number 24-1656. The record shall be retained in the court below unless requested by this court.

Upon consideration of petitioners' unopposed motion for leave to file reply in support of petition for permission to appeal under rule 23(f), the court grants the motion.

A copy of this order shall be sent to the clerk of the district court.

Judge King and Judge Thacker voted to grant the motion. Judge Wilkinson voted to deny the motion.

For the Court

/s/ Nwamaka Anowi, Clerk