**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| LAQUITA OLIVER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. 23-cv-01731 (LMB) (WEF) |

**PLAINTIFFS' PARTIALLY OPPOSED MOTION TO STAY PENDING APPEAL**

Plaintiffs Bob Otondi, Dennis Walker, Charles Gardner, Marie Pereda, Laquita Oliver, John Jackson, Carl Carr, Constantina Batchelor, and Christina Hill ("Plaintiffs"), through counsel, move the Court for entry of an Order staying this action pending their appeal of this Court's May 30, 2024 Memorandum Opinion and Order striking Plaintiffs' class allegations, and in support hereof, aver as follows:

1. On May 30, 2024, the Court issued a Memorandum Opinion and Order upholding Plaintiffs' individual disparate impact claims under the FHA, ECOA, and for declaratory judgment, but dismissed Plaintiffs' disparate treatment theory of liability and the state law claims. Memorandum Opinion and Order ("Order"), ECF No. 92, at 23. The Court also struck Plaintiffs' class allegations, without granting leave to replead them.

2. Plaintiffs respectfully submit that the portion of the Order striking class allegations constituted error, as Plaintiffs' Consolidated Amended Complaint alleged that the application of a uniform underwriting policy and process by Defendant Navy Federal Credit Union ("Navy Federal") to all applicants resulted in a disparate impact on non-White mortgage applicants and borrowers. ECF No. 56 ¶¶ 63-69, 89.

3. On June 13, 2024, Plaintiffs filed in the United States Court of Appeals for the Fourth Circuit their Petition for Permission to Appeal under Rule 23(f) of the Federal Rules of Civil Procedure, seeking appellate review of the Court's decision to strike Plaintiffs' class allegations.

4. On July 17, 2024, the Fourth Circuit granted Plaintiffs' petition and transferred their appeal to the regular docket.

5. Plaintiffs submit that: (a) there is a high likelihood of success on the merits of the appeal; (b) Plaintiffs and the other putative class members will be irreparably harmed absent a stay of proceedings in the instant action pending the Fourth Circuit's review of Plaintiffs' appeal; (c) Navy Federal will not be harmed by the grant of a stay pending the Fourth Circuit's review of Plaintiffs' appeal; and (d) the interests of the public and of judicial economy support the granting of a stay.

6. Prior to the filing of this Motion, counsel for Plaintiffs contacted counsel for Navy Federal to seek consent for the relief sought herein. Counsel for Navy Federal stated that Navy Federal does not oppose a stay pending appeal, with the exception that the stay should not apply to the adjudication of Navy Federal's pending motion to dismiss the Second Amended Complaint (ECF No. 116).

NOW THEREFORE, Plaintiffs respectfully move the Court to stay all proceedings until the full and final resolution of Plaintiffs' pending appeal.

A Memorandum in Support of Plaintiffs' Motion for Stay and a Proposed Order are being submitted along with the instant Motion.

Dated: July 24, 2024

Respectfully submitted,

/s/ *Glenn E. Chappell*
Glenn E. Chappell (State Bar No. 92153)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave., NW, Suite 1010
Washington, District of Columbia 20006
Telephone: 202-973-0900
Facsimile: 202-973-0950
gchappell@tzlegal.com

Adam J. Levitt (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214 7900
alevitt@dicellolevitt.com

Daniel R. Schwartz (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214 7900
dschwartz@dicellolevitt.com

Diandra Debrosse Zimmermann (*pro hac vice*)
Eli Hare (*pro hac vice*)
**DICELLO LEVITT LLP**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com
ehare@dicellolevitt.com

Évielle Dawkins (*pro hac vice*)
**DICELLO LEVITT LLP**
1101 17th Street NW, Suite 1000
Washington, DC 20036
Telephone: 202-975-2288
edawkins@dicellolevitt.com

Sue-Ann Robinson (*pro hac vice*)
**BEN CRUMP LAW PLLC**
122 South Calhoun Street
Tallahassee, Florida 32301
Telephone: 850-224-2020
sueann@bencrump.com

Andrea Gold (*pro hac vice*)
F. Peter Silva II (State Bar No. 80935)
Shana Khader (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave., NW, Suite 1010
Washington, DC 20006
Telephone: 202-973-0900
Facsimile: 202-973-0950
agold@tzlegal.com
psilva@tzlegal.com
skhader@tzlegal.com

Cort Carlson (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: 510-254-6808
Facsimile: 202-973-0950
carlson@tzlegal.com

Scott Harris (*pro hac vice*)
Michael Dunn (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 West Morgan Street
Raleigh, North Carolina 27603

Glen L. Abramson (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: 866-252-0878

Telephone: 919-600-5000
dbryson@milberg.com
sharris@milberg.com
michael.dunn@milberg.com
gabramson@milberg.com

John P. Pierce (State Bar No. 43404)
**LILES PARKER PLLC**
2305 Calvert Street, NW
Washington, DC 20008
Telephone: 202-567-2050
jpierce@lilesparker.com

Jonathan M. Petty, (State Bar No. 43100)
Christopher P. Yakubisin, (State Bar No. 91186)
**PHELAN PETTY PLC**
3315 West Broad Street
Richmond, Virginia 23230
Telephone: 804-980-7100
jpetty@phelanpetty.com

***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2024, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

/s/ *Glenn E. Chappell*
Glenn E. Chappell (92153)

***Counsel for Plaintiffs***