FILED: February 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1656
(1:23-cv-01731-LMB-WEF)

_____

LAQUITA OLIVER, individually and on behalf of all others similarly situated; MASHEEHA HOPPER; MARIE PEREDA; DENNIS WALKER; CARL CARR; CHRISTINA HILL; JOHN JACKSON; CHARLES GARDNER; BOB OTONDI; CONSTANTINA BATCHELOR

    Plaintiffs - Appellants

v.

NAVY FEDERAL CREDIT UNION

    Defendant - Appellee

-------------------------------

AFRICAN AMERICAN CREDIT UNION COALITION; AMERICA'S CREDIT UNIONS; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; MORTGAGE BANKERS ASSOCIATION

    Amici Supporting Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, the order of the district court entered May 30, 2024, is affirmed in part and vacated in part.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK