FILED: March 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1656
(1:23-cv-01731-LMB-WEF)

---

LAQUITA OLIVER, individually and on behalf of all others similarly situated; MASHEEHA HOPPER; MARIE PEREDA; DENNIS WALKER; CARL CARR; CHRISTINA HILL; JOHN JACKSON; CHARLES GARDNER; BOB OTONDI; CONSTANTINA BATCHELOR

Plaintiffs - Appellants

v.

NAVY FEDERAL CREDIT UNION

Defendant - Appellee

------------------------------

AFRICAN AMERICAN CREDIT UNION COALITION; AMERICA'S CREDIT UNIONS; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; MORTGAGE BANKERS ASSOCIATION

Amici Supporting Appellee

---

M A N D A T E

---

The judgment of this court, entered February 9, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*