IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LAQUITA OLIVER,<br>individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   1:23-cv-1731 (LMB/WEF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On February 9, 2026, the U.S. Court of Appeals for the Fourth Circuit vacated in part the judgment of this Court, and the mandate has been returned to this Court. See [Dkt. Nos. 151, 154]. The parties have scheduled a settlement conference with the magistrate judge assigned to this civil action for March 16, 2026. In order to allow the parties sufficient time to try to settle this litigation, it is hereby

ORDERED that no later than Friday, April 3, 2026, the parties advise the Court as to the status of their settlement efforts.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 4 day of March, 2026.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge