**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| LAQUITA OLIVER, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> NAVY FEDERAL CREDIT UNION, <br><br> Defendant. | Case No. 23-cv-01731 (LMB) (WEF) |

**JOINT STATUS UPDATE ON SETTLEMENT PROGRESS**

On March 4, 2026, the Court ordered the Parties to advise the Court as to the status of any settlement efforts no later than April 3, 2026. Dkt. 155.

Accordingly, Plaintiffs Bob Otondi, Dennis Walker, Charles Gardner, Marie Pereda, Laquita Oliver, John Jackson, Carl Carr, Constantina Batchelor, and Christina Hill ("Plaintiffs"), and Defendant, Navy Federal Credit Union ("Navy Federal"), provide the following update to the Court on settlement progress.

1.     On March 16, 2026, the Parties participated in an in-person settlement conference with Magistrate Judge William E. Fitzpatrick at the United States District Courthouse for the Eastern District of Virginia in Alexandria, Virginia.

2.     Since March 16, the Parties have engaged in further discussions with Magistrate Judge Fitzpatrick.

3.     The Parties request additional time to engage in discussions prior to the issuance of the Initial Scheduling Order, with the Parties to provide a status update to the Court no later than Monday, May 4, 2026.

1

Dated: April 3, 2026.

Respectfully submitted:

/s/ Michaela Wilkes Klein
Jonathan E. Paikin (*pro hac vice*)
Karin Dryhurst (*pro hac vice*)
Michaela Wilkes Klein (VA Bar No. 89675)
Brittany R. Warren (VA Bar No. 84590)
Andre Manuel (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
jonathan.paikin@wilmerhale.com
karin.dryhurst@wilmerhale.com
michaela.wilkesklein@wilmerhale.com
brittany.warren@wilmerhale.com
andre.manuel@wilmerhale.com

*Counsel for Defendant Navy Federal
Credit Union*

/s/ Peter Silva
Peter Silva (State Bar No. 80935)
Hassan Zavareei (*pro hac vice*)
Andrea Gold (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
psilva@tzlegal.com
agold@tzlegal.com

Ben Crump (*pro hac vice*)
Sue-Ann Robinson (*pro hac vice*)
**BEN CRUMP LAW PLLC**
122 South Calhoun Street
Tallahassee, Florida 32301
Telephone:  850-224-2020
ben@bencrump.com
sueann@bencrump.com

Adam J. Levitt (*pro hac vice*)
Daniel R. Schwartz (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone:  312-214 7900
alevitt@dicellolevitt.com
dschwartz@dicellolevitt.com

Éviealle Dawkins (*pro hac vice*)
J. Gordon Bergstresser (*pro hac vice*)
**DICELLO LEVITT LLP**
1101 17th Street NW, Suite 1000
Washington, DC  20036
Telephone:  202-975-2288
edawkins@dicellolevitt.com

Diandra Debrosse (*pro hac vice*)
Eli Hare (*pro hac vice*)
**DICELLO LEVITT LLP**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203

2

Telephone: 205-855-5700
fu@dicellolevitt.com
ehare@dicellolevitt.com

Scott Harris (*pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
900 West Morgan Street
Raleigh, North Carolina 27603
Telephone: 919-600-5000
sharris@milberg.com

John P. Pierce (State Bar No. 43404)
**LILES PARKER PLLC**
2305 Calvert Street, NW
Washington, DC  20008
Telephone:  202-567-2050
jpierce@lilesparker.com

Jonathan M. Petty (State Bar No. 43100)
Christopher P. Yakubisin (State Bar No. 91186)
**PHELAN PETTY PLC**
3315 West Broad Street
Richmond, Virginia 23230
Telephone:  804-980-7100
jpetty@phelanpetty.com

*Counsel for Plaintiffs and the Putative Class*

3

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

/s/ *Michaela Wilkes Klein*
Michaela Wilkes Klein (VA Bar No. 89675)

*Counsel for Defendant Navy Federal Credit Union*