IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LAQUITA OLIVER, individually and on behalf of all others similarly situated, Plaintiff, | ) | 1:23-cv-1731 (LMB/WEF) |
| v. | ) | |
| NAVY FEDERAL CREDIT UNION, Defendant. | ) | |

ORDER

On April 3, 2026, the parties filed a Joint Status Update on Settlement Progress, in which they ask the Court for additional time to engage in settlement discussions prior to the issuance of a Scheduling Order. For good cause shown, the parties' request for additional time is GRANTED; and it is hereby

ORDERED that the parties file a status report advising the Court of any settlement effort updates by close of business on Friday, May 8, 2026. If the parties have not resolved their dispute by that date, the Court will issue a Scheduling Order.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6th day of April, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge