# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

LAQUITA OLIVER,
*individually and on behalf of all
others similarly situated,*

       Plaintiff,

v.

                                      Civil Action No. 1:23-cv-1731-LMB-WEF

NAVY FEDERAL CREDIT UNION,

       Defendant.

## ORDER

This matter comes before the Court on the Parties' request for a forty-five (45) day stay.

Upon consideration of the request, and for good cause shown, it is hereby

**ORDERED** that this matter and all deadlines are **STAYED** for forty-five (45) days; and it is further

**ORDERED** that a status conference is scheduled for Friday, June 5, 2026 at 10:00 a.m. in Courtroom 500.

**ENTERED** this 21st day of April, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE