**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

LAQUITA OLIVER, *et al.*,

        Plaintiffs,

    v.

NAVY FEDERAL CREDIT UNION,

        Defendants.

Civil Action No. 1:23-cv-1731-LMB-WEF

## ORDER

This matter comes before the Court on its own initiative to schedule a status conference.

It is hereby,

**ORDERED** that a status conference shall be held on August 28, 2026 at 10:00 a.m. in Courtroom 500.

**ENTERED** this 16th day of June, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE