**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| LAQUITA OLIVER, MARIE PEREDA, JOHN JACKSON, DENNIS WALKER, CARL CARR, BOB OTONDI, CHRISTINA HILL, CHARLES GARDNER, CONSTANTINA BATCHELOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. 23-cv-01731 (LMB) (WEF) |

**<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**

PLEASE TAKE NOTICE that the Plaintiffs, Laquita Oliver, Marie Pereda, John Jackson, Dennis Walker, Carl Carr, Bob Otondi, Christina Hill, Charles Gardner, and Constantina Batchelor hereby give notice pursuant to Fed. R. Civ. P. 41(a), that their claims against Defendant Navy Federal Credit Union are hereby dismissed with prejudice. Each party shall bear its own respective costs and attorneys' fees.

Dated: August 25, 2026

Respectfully submitted:

*/s/ Peter Silva*
Peter Silva (State Bar No. 80935)
Hassan Zavareei (*pro hac vice*)
Andrea Gold (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
psilva@tzlegal.com
agold@tzlegal.com

Ben Crump (*pro hac vice*)
Sue-Ann Robinson (*pro hac vice*)
**BEN CRUMP LAW PLLC**
122 South Calhoun Street
Tallahassee, Florida 32301
Telephone: 850-224-2020
ben@bencrump.com
sueann@bencrump.com

Adam J. Levitt (*pro hac vice*)
Daniel R. Schwartz (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214 7900
alevitt@dicellolevitt.com
dschwartz@dicellolevitt.com

Diandra Debrosse (*pro hac vice*)
Eli Hare (*pro hac vice*)
**DICELLO LEVITT LLP**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com
ehare@dicellolevitt.com

Scott Harris (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 West Morgan Street
Raleigh, North Carolina 27603
Telephone: 919-600-5000
sharris@milberg.com

John P. Pierce (State Bar No. 43404)
**LILES PARKER PLLC**
2305 Calvert Street, NW
Washington, DC 20008
Telephone: 202-567-2050
jpierce@lilesparker.com

Jonathan M. Petty (State Bar No. 43100)
Christopher P. Yakubisin (State Bar No. 91186)
**PHELAN PETTY PLC**
3315 West Broad Street
Richmond, Virginia 23230
Telephone: 804-980-7100
jpetty@phelanpetty.com

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

*/s/ Peter Silva*
Peter Silva (State Bar No. 80935)

*Counsel for Plaintiffs and the Putative Class*