**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| LAQUITA OLIVER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | Case. No. 1:23-cv-1731-LMB-WEF |

# ORDER

This matter comes before the Court on the parties' Notice of Dismissal with Prejudice. Dkt. 164. In light of the dismissal, it is hereby **ORDERED** the status conference scheduled for Friday, August, 28, 2026 before the undersigned is **CANCELLED.**

**ENTERED** this 25th day of August, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE